**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Contour Propco 1735 S Mission LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-1652835** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 Convention Center Drive Suite 810 Las Vegas, NV 89109**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark**<br>County | **Location of principal assets, if different from principal place of business**<br>**1735 S Mission Road**<br>**Fallbrook, CA 92028**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Contour Propco 1735 S Mission LLC**                          Case number (*if known*) _____
_____
Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_\_

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Contour Propco 1735 S Mission LLC**                                      Case number (*if known*)
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Contour Opco 1735 S Mission LLC** | Relationship | **Affiliate** |
| District | **District of Nevada** When **5/23/23** | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Contour Propco 1735 S Mission LLC**                                    Case number (*if known*) _____
       Name

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Contour Propco 1735 S Mission LLC** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 23, 2023**
                         MM / DD / YYYY

**X** **/s/ David Daneshforooz**                                    **David Daneshforooz**
Signature of authorized representative of debtor            Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Samuel A. Schwartz**                              Date **May 23, 2023**
Signature of attorney for debtor                                        MM / DD / YYYY

**Samuel A. Schwartz**
Printed name

**Schwartz Law, PLLC**
Firm name

**601 East Bridger Avenue**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    **702-385-5544**          Email address    **saschwartz@nvfirm.com**

**10985 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Contour Propco 1735 S Mission LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CarePatrol Franchise Systems, LLC 900 Wilshire Dr Ste 102 Troy, MI 48084** | | | | | | **$6,560.00** |
| **CarePatrol of Temecula Valley 30724 Benton Rd STE C-302 #517 Winchester, CA 92596** | | | | | | **$6,560.00** |
| **Careworx 1002 Beaverbrook Rd Kanata, ON K2K 1L1** | | | | | | **$10,448.00** |
| **Circa 1000 N Water St, Ste 1200 Milwaukee, WI 53202** | | | | | | **$7,400.00** |
| **Duthie Power Services 2335 E Cherry Industrial Cir Long Beach, CA 90805** | | | | | | **$4,972.00** |
| **Fallbrook Public Utility District 990 E Mission Rd Fallbrook, CA 92028** | | | | | | **$5,561.00** |
| **G5 Search Marketing, Inc PO Box 843274 Dallas, TX 75284** | | | | | | **$19,273.00** |

| Debtor | **Contour Propco 1735 S Mission LLC** | | Case number *(if known)* | |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hanson Bridgett 425 Market St San Francisco, CA 94105** | | | | | | **$960.00** |
| **Healthcare Research LLC 200 Central Ave, 4th Floor St Petersburg, FL 33701** | | | | | | **$14,400.00** |
| **Ingardia Bros Produce 700 S Hathaway St Santa Ana, CA 92705** | | | | | | **$3,250.00** |
| **LifeLoop, LLC 11421 Davenport St Omaha, NE 68154** | | | | | | **$1,861.00** |
| **Mayan Cleaning Services Inc 6643 Tiffin Ave San Diego, CA 92114** | | | | | | **$900.00** |
| **Medline Healthcare 3 Lakes Drive Winnetka, IL 60093** | | | | | | **$2,056.00** |
| **Network Services Company 29060 Network Place Chicago, IL 60673** | | | | | | **$1,784.00** |
| **PointClickCare Technologies Inc PO Box 674802 Detroit, MI 48267** | | | | | | **$14,258.00** |
| **Preston Tyman** | | | | | | **$3,261.00** |
| **The Image Group 1255 Corporate Dr Holland, OH 43528** | | | | | | **$4,260.00** |
| **Village News Inc 111 W Alvarado Fallbrook, CA 92028** | | | | | | **$8,960.00** |
| **Web Scribble Solutions Inc 216 River St Troy, NY 12180** | | | | | | **$3,500.00** |
| **Windstream Enterprise PO Box 3177 Cedar Rapids, IA 52406** | | | | | | **$9,322.00** |

# United States Bankruptcy Court
## District of Nevada

In re    **Contour Propco 1735 S Mission LLC**                                    Case No.
_____
                                Debtor(s)          Chapter    **11**
_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **May 23, 2023**                         **/s/ David Daneshforooz**
_____          _____
                                 **David Daneshforooz**/**Chief Executive Officer**
                                 Signer/Title

Contour Propco 1735 S Mission LLC
101 Convention Center Drive
Suite 810
Las Vegas, NV 89109

Samuel A. Schwartz
Schwartz Law, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

United States Trustee
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
PO Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment, Training and Rehab
Employment Security Division
500 E. Third Street
Carson City, NV 89713

Nevada Dept of Taxation, BK Section
555 E. Washington Ave #1300
Las Vegas, NV 89101

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower St, Ste 900
Los Angeles, CA 90071

BLANK ROME LLP
Attn: Joseph M. Welch, Esq.
4 Park Plaza, Suite 450
Irvine, CA 92614

BLANK ROME LLP
Attn: Kenneth J. Ottaviano, Esq.
444 West Lake Street, Suite 1650
Chicago, IL 60606

CarePatrol Franchise Systems, LLC
900 Wilshire Dr Ste 102
Troy, MI 48084

CarePatrol of Temecula Valley
30724 Benton Rd
STE C-302 #517
Winchester, CA 92596

Careworx
1002 Beaverbrook Rd
Kanata, ON K2K 1L1

Circa
1000 N Water St, Ste 1200
Milwaukee, WI 53202

Concentra
PO Box 3700
Rancho Cucamonga, CA 91729

Cozzini Bros
350 Howard Ave
Des Plaines, IL 60018

Duthie Power Services
2335 E Cherry Industrial Cir
Long Beach, CA 90805

Fallbrook Public Utility District
990 E Mission Rd
Fallbrook, CA 92028

Forbright Bank
fka Congressional Bank
Attn: Healthcare Lending
4445 Willard Ave, Ste 1000
Chevy Chase, MD 20815

G5 Search Marketing, Inc
PO Box 843274
Dallas, TX 75284

GFI Digital
12163 Prichard Farm Rd
Maryland Heights, MO 63043

Hanson Bridgett
425 Market St
San Francisco, CA 94105

Healthcare Research LLC
200 Central Ave, 4th Floor
St Petersburg, FL 33701

Illastratus
8455 Lenexa Dr
Overland Park, KS 66214

Ingardia Bros Produce
700 S Hathaway St
Santa Ana, CA 92705

LifeLoop, LLC
11421 Davenport St
Omaha, NE 68154

Mayan Cleaning Services Inc
6643 Tiffin Ave
San Diego, CA 92114

Medline Healthcare
3 Lakes Drive
Winnetka, IL 60093

Meridian Senior Living
6931 Arlington Rd, Ste 320
Bethesda, MD 20814

Network Services Company
29060 Network Place
Chicago, IL 60673

ON HOLD:32
808 Salem Woods Dr, Ste 204
Raleigh, NC 27615

PointClickCare Technologies Inc
PO Box 674802
Detroit, MI 48267

Preston Tyman


Pro-Vigil, Inc.
4646 Perrin Creek #280
San Antonio, TX 78217

Pulefano Fa'atili
1370 Calle Jules #103
Vista, CA 92084

Retirement HomeTV Corporation
4604 Arden Dr
Fort Wayne, IN 46804

SB FISCHER GROUP, LLC
2397 NW KINGS BLVD, #248
Corvallis, OR 97330

Stericycle, Inc.- Shred It
28883 Network Place
Chicago, IL 60673

Sysco - San Diego
12180 Kirkham Road
Poway, CA 92064

The Image Group
1255 Corporate Dr
Holland, OH 43528

The San Diego Union Tribune
PO Box 740665
Los Angeles, CA 90074

UMB Bank, NA
1010 Grand Boulevard
Kansas City, MO 64106

Village News Inc
111 W Alvarado
Fallbrook, CA 92028

Web Scribble Solutions Inc
216 River St
Troy, NY 12180

Wild Wonders
5712 Via Montellano
Bonsall, CA 92003

Windstream Enterprise
PO Box 3177
Cedar Rapids, IA 52406

ZB, N.A.
d/b/a National Bank of Arizona
PO Box 30709
Salt Lake City, UT 84130

# United States Bankruptcy Court
## District of Nevada

In re   **Contour Propco 1735 S Mission LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Contour Propco 1735 S Mission LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 23, 2023**

Date

**/s/ Samuel A. Schwartz**

**Samuel A. Schwartz**

Signature of Attorney or Litigant

Counsel for   **Contour Propco 1735 S Mission LLC**

**Schwartz Law, PLLC**

**601 East Bridger Avenue**
**Las Vegas, NV 89101**
**702-385-5544 Fax:702-201-1330**
**saschwartz@nvfirm.com**

**ACTION BY WRITTEN CONSENT OF THE
SOLE MEMBER
OF
CONTOUR PROPCO 1735 S MISSION LLC,
A DELAWARE LIMITED LIABILITY COMPANY**

Dated as of May 23, 2023

The UNDERSIGNED, constituting the sole Member (the "**Member**") of CONTOUR PROPCO 1735 S MISSION LLC, a Delaware limited liability company (the "**Company**"), hereby consents in writing to the adoption of the following resolutions, as if they were adopted at a duly convened meeting of the Member, which actions are hereby deemed effective as of the date set forth above:

WHEREAS, the Member reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the viability of the Company's business, and the strategic alternatives available to the Company;

WHEREAS, the Member had the opportunity to consult with the management of the Company and the Company's advisors and to fully consider the strategic alternatives available to the Company, including, without limitation, the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (as amended, the "**Bankruptcy Code**"); and

WHEREAS, the Member deems it advisable and in the best interests of the Company and its creditors, interest holders, and other parties in interest, to consent to and adopt, in the name of and on behalf of the Company, the following resolutions:

NOW, THEREFORE, IT IS:

RESOLVED, that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a voluntary Chapter 11 bankruptcy petition be filed by the Company, seeking relief under the provisions of Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") in the United States Bankruptcy Court for the District of Nevada; and it is further

RESOLVED, that DAVID DANESHFOROOZ (the "**Authorized Person**"), be, and is, authorized and directed to execute and file on behalf of the Company, all petitions, schedules, lists, motions, applications, and other papers or

documents with the appropriate court under the Bankruptcy Code and to take any and all action that is necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

**RESOLVED**, that the law firm of SCHWARTZ LAW, PLLC ("**Schwartz Law**") be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights including the preparation of pleadings and filings in connection with the Chapter 11 Case, and the Authorized Person of the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Schwartz Law; and it is further

**RESOLVED**, that the Authorized Person of the Company be, and hereby is, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary or advisable to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and in connection therewith, the Authorized Person of the Company is hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized and empowered to execute, deliver, file, and perform any agreement, document, or any amendment to the foregoing, in the name and on behalf of the Company, as may be necessary or advisable for the Company to obtain post-petition, all on such terms as the Authorized Person deems necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters, and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Authorized Person may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized, empowered and directed, in the name and on behalf of the Company, to open and maintain one or more debtor-in-possession bank accounts for the Company, at such banks as the Authorized Person may determine, and that in connection therewith the Authorized Person may sign checks, authorize wire transfers and execute and deliver on behalf of the Company, such forms of banking resolutions as such banks may request and the Authorized Person may approve, which resolutions, when executed by such Authorized Person and inserted into the minute book of the Company, shall be deemed to be adopted by the Company with the same full force and effect as if such resolutions had been set forth herein in their entirety; and it is further

**RESOLVED**, that all of the acts and transactions taken by the Authorized Person or other members or managers, in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved, and ratified; and it is further

**RESOLVED**, that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

[*No Further Text.  Signature Page Follows.*]

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the date first written above.

SOLE MEMBER:

Contour 1735 S Mission LLC,
a Delaware limited liability company

      By: Contour RE LLC,
      a Delaware limited liability company

      Its: Manager

      *David Daneshforooz*
      By:    David Daneshforooz
      Title: Authorized Signatory

[Signature Page to Action by Written Consent
of the Sole Member of Contour Propco 1735 S Mission LLC]